IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMY ROWLAND and
DAVID ROWLAND,

       Plaintiffs,

v.                                       CV 10-280 MCA/CG

FARMERS INSURANCE COMPANY OF ARIZONA,
MARK DWAYNE DORRIS, and CENTRAL MUTUAL
INSURANCE COMPANY,

       Defendants.

## ORDER GRANTING EXTENSION OF TIME FOR EXPERT DISCLOSURES

**THIS MATTER** is before the Court upon *Defendants' Motion to Extend Defendants' Expert Disclosure Deadlines* (Doc. 37). Plaintiff filed no response. The Court heard from the parties at a hearing on August 23, 2010. *See Clerk's Minutes* (Doc. 44). Plaintiff concurred in the motion. *Id.*

**IT IS THEREFORE ORDERED** that *Defendants' Motion to Extend Defendants' Expert Disclosure Deadlines* (Doc. 37) be **GRANTED**, and Defendants' deadline for expert disclosures is extended to September 20, 2010.

**IT IS SO ORDERED**.

_____
**THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE**