UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AMY ROWLAND and
DAVID ROWLAND,

      Plaintiffs,

v.                                  Civil No. CV 10-280-MCA/CEG

FARMERS INSURANCE COMPANY
OF ARIZONA, MARK DWAYNE
DORRIS, and CENTRAL MUTUAL
INSURANCE COMPANY,

      Defendants.

**ORDER GRANTING AMENDED MOTION TO EXTEND EXPERT DEADLINES**

THIS MATTER, having come before the Court on Defendants' Unopposed Amended Motion to Extend Expert Disclosure Deadlines (Doc. 49), the Court having reviewed the Amended Motion, having considered the parties' stipulation during the status conference on August 23, 2010, and being otherwise fully advised in the premises, finds that the Amended Motion is well taken and that good cause exists for amending the parties' expert disclosure deadlines.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadlines established in the Scheduling Order (Doc. 25) be and hereby are modified as follows:

1. No later than October 8, 2010, each Defendant shall disclose to Plaintiffs in writing the type of experts that such Defendant intends to disclose.

2. Plaintiffs shall identify to all parties in writing any expert witnesses to be used by Plaintiffs at trial and to provide expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) no later than October 18, 2010.

3. Each Defendant shall identify to all parties in writing any expert witnesses to be used by such Defendant at trial and to provide expert reports pursuant to FED. R. CIV. P.

    26(a)(2)(B) no later than November 8, 2010.

4. All other deadlines and other requirements in the Scheduling Order (Doc. 25) shall remain in effect.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved by:

  Approved 9/2/10 and 9/8/10
Julie Taylor Gilmore
O'Brien & Ulibarri, P.C.
6000 Indian School Road N.E.
Suite 200
Albuquerque, New Mexico 87110
(505) 883-8181


 /s/ Brant L. Lillywhite
Brant L. Lillywhite
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
4801 Lang NE, Suite 200
Albuquerque, New Mexico 87109
(505) 341-0110


  Approved 9/8/10
Dennis P. Murphy, Esq.
Dennis P. Murphy Attorney at Law
303 Paseo de Peralta
Santa Fe, NM  87501-1860
(505) 982-1873