UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AMY ROWLAND and
DAVID ROWLAND,

      Plaintiffs,

v.                                   Civil No. CV 10-280-MCA/CEG

FARMERS INSURANCE COMPANY
OF ARIZONA, MARK DWAYNE
DORRIS, and CENTRAL MUTUAL
INSURANCE COMPANY,

      Defendants.

**ORDER GRANTING MOTION
TO EXTEND CERTAIN DEADLINES RELATED TO DISCOVERY**

THIS MATTER, having come before the Court on Defendants' Unopposed Motion to Re-Schedule Settlement Conference and to Extend Certain Deadlines Related to Discovery (Doc. 52), the Court having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and that good cause exists for extending certain deadlines relating to discovery.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadlines established in the Scheduling Order (Doc. 25) be and hereby are modified as follows:

1. The termination date for discovery is January 10, 2011.

2. Motions relating to Discovery shall be filed with the Court and served on all parties by January 18, 2011.

3. All other deadlines and other requirements in the Scheduling Order shall remain in effect.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


Submitted and Approved by:


<u>/S/ *Daniel J. O'Brien*</u>
Daniel J. O'Brien
Julie Taylor Gilmore
O'BRIEN & PADILLA, P.C.
6000 Indian School Road NE, Suite 200
Albuquerque, New Mexico 87110-4179
(505) 883-8181


<u>Approved via email 09/17/10</u>
Brant L. Lillywhite
ALLEN, SHEPHERD, LEWIS, SYRA & CHAPMAN, P.A.
4801 Lang NE, Suite 200
Albuquerque, New Mexico 87109-4475
(505) 341-0110


<u>Approved via email 09/17/10</u>
Dennis P. Murphy, Esq.
DENNIS P. MURPHY ATTORNEY AT LAW
303 Paseo de Peralta
Santa Fe, NM  87501-1860
(505) 982-1873